■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD JACKSON, Appellant. [698 NYS2d 887] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Lipp, J.), rendered September 18, 1997, convicting him of manslaughter in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, no reasonable view of the evidence supports a justification charge and, thus, the trial court properly declined to give it (*see,* Penal Law § 35.15 [2]).

Under the circumstances of this case, the defendant was not denied the effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137). Altman, J. P., Florio, H. Miller and Schmidt, JJ., concur.